In the Matter of MID-ISLAND SHOPPING PLAZA, INC., Respondent, v. EMIL H. PODEYN et al., Constituting the Board of Assessors of the County of Nassau, Appellants.—

No opinion. Nolan, P. J., Ughetta, Kleinfeld and Pette, JJ., concur; Brennan, J., dissents and votes to reverse the order and to deny the application for the reasons stated in his dissenting memorandum on the companion appeal, decided herewith (*Matter of Mid-Island Shopping Plaza v. Podeyn*, 14 A D 2d 571). [25 Misc 2d 972.]